No. 74–5977. PAPADAKIS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 74–5990. THOMAS *v.* ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 74–5999. CALHOUN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 74–6002. FOSTER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 74–6008. KURTZ *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 74–6025. HINCHMAN *v.* LOCAL UNION 130, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS. Sup. Ct. La. Certiorari denied.

No. 74–6026. MOREFIELD *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 74–6056. BECKHAM, AKA MOTLEY, ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 74–6057. GETZ ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 74–6067. HUTSELL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 74–6069. JONES *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 74–6070. BARFIELD *v.* UNITED STATES; and
No. 74–6095. HALES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.